IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 5:24-cr-00027-1-KDB

FILED
CHARLOTTE, NC
JAN 30 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA )
)
v. ) ENTRY AND
) ACCEPTANCE OF GUILTY PLEA
) (RULE 11 PROCEEDING)
)
Joshua Herman Phillips )
)

On the date indicated below, the defendant appeared with counsel, was duly sworn, and answered the following questions on the record:

| Questions (asked by Magistrate Judge) | Defendant's Answers |
|---|---|
| 1. Do you understand that you are under oath, and that you are required to give truthful answers to the questions I am about to ask? | Yes (✓) No ( ) |
| 2. Do you understand that if you give false information under oath you may be prosecuted for perjury or false statement? | Yes (✓) No ( ) |
| 3. After consulting with your attorney, do you want this Court to accept your guilty plea to one or more counts in the Bill of Indictment (or Bill of Information)? | Yes (✓) No ( ) |
| 4. Do you understand that you have the right to have a U.S. District Judge conduct this proceeding? | Yes (✓) No ( ) |
| 5. Recognizing your right to proceed before a District Judge, do you expressly consent to proceed in this Court, that is, before a U.S. Magistrate Judge? | Yes (✓) No ( ) |
| 6. Are you now under the influence of alcohol, medicines, or drugs of any sort? | Yes ( ) No (✓) |

1

7.  Is your mind clear, and do you understand that you are here to enter a guilty plea in your case?    Yes (✓)   No ( )

8.  Have you received a copy of the indictment/information and have you discussed its contents with your attorney?    Yes (✓)   No ( )

   [The charges, maximum penalties, and mandatory minimum sentences (if any) were explained, on the record, at this point in the proceeding.]

9.  Do you fully understand the charge(s) against you, including the maximum (and, where applicable, minimum) penalties you face if convicted?    Yes (✓)   No ( )

10.  Have you been advised by your attorney that if you are not a citizen of the United States, your guilty plea may have adverse immigration consequences?    Yes (✓)   No ( )

11.  Have you been advised by your attorney that if you are not a citizen of the United States, your guilty plea may result in deportation or removal from the United States?    Yes (✓)   No ( )

12.  Do you understand that entering a plea of guilty to a felony charge may deprive you, at least for a time, of certain civil rights, such as the right to vote, hold public office, serve on a jury, and possess a firearm?    Yes (✓)   No ( )

13.  Have you spoken with your attorney about how the U. S. Sentencing Guidelines might apply to your case?    Yes (✓)   No ( )

14.  Do you understand that the District Judge will not be able to determine the applicable Sentencing Guidelines range until after your Presentence Report has been prepared, and you have had an opportunity to comment on it?    Yes (✓)   No ( )

15.  Do you also understand that in some circumstances you may receive a sentence that is different–that is, either higher or lower–than that called for by the Guidelines?    Yes (✓)   No ( )

| | | |
|---|---|---|
| 16. Do you understand that the Court may order restitution, where applicable? | Yes (✓) | No ( ) |
| 17. Do you understand that if the sentence is more severe than you expected, or the Court does not accept the government's sentencing recommendation, you will still be bound by your plea and will have no right to withdraw it? | Yes (✓) | No ( ) |
| 18. If your sentence includes imprisonment, do you understand that the District Judge may also order a term of "supervised release"? | Yes (✓) | No ( ) |
| 19. Do you also understand that if you violate the terms and conditions of supervised release, which typically lasts from one to five years, you could be returned to prison for an additional period of time? | Yes (✓) | No ( ) |
| 20. Do you understand that you have a right to plead NOT GUILTY, to have a speedy trial before a judge and jury, to summons witnesses to testify in your behalf, and to confront witnesses against you? | Yes (✓) | No ( ) |
| 21. If you exercised your right to trial you would be entitled to the assistance of a lawyer, would not be required to testify, would be presumed innocent, and the burden would be on the government to prove your guilt beyond a reasonable doubt. Do you understand all of these rights? | Yes (✓) | No ( ) |
| 22. By entering this plea of guilty you are waiving (or giving up) these rights. There will be no trial. If your guilty plea is accepted, there will be one more hearing, where the District Judge will determine what sentence to impose. Do you understand that? | Yes (✓) | No ( ) |

23. Are you, in fact, guilty of the counts     Yes (✓)    No ( )
in the Bill of Indictment (or Bill of Information)
to which you have come to court today
to plead guilty?

24. Have the United States and the defendant   Yes (✓)    No ( )
entered a Plea Agreement in this case?

> [The attorneys for the Government and the Defendant summarized the terms of any Plea Agreement to the Court, on the record, at this point in the proceeding. <u>However, the parties Understand that the written, filed Plea Agreement is the best statement of those terms, and therefore "speaks for itself"</u>.]

25. Do you understand those to be the terms    Yes (✓)    No ( )
of your Plea Agreement, and do you agree with
those terms?

26. Has the right to appeal your conviction    Yes (✓)    No ( )
and/or sentence been expressly waived in the
Plea Agreement?

27. Has the right to challenge your conviction Yes (✓)    No ( )
and/or sentence in a post-conviction proceeding
also been expressly waived in the Plea Agreement?

28. Is that your signature on the Plea         Yes (✓)    No ( )
Agreement?

29. Are you aware that a Factual Basis has     Yes (✓)    No ( )
been filed as an attachment to your Plea Agreement?

30. Have you read this Factual Basis and do    Yes (✓)    No ( )
you understand it and agree with it?

31. Has anyone threatened, intimidated, or     Yes ( )    No (✓)
forced you to enter your guilty plea today?

32. Other than the terms of your Plea Agree-   Yes ( )    No (✓)
ment, has anyone made you promises of leniency
or a light sentence to induce you to plead guilty?

4

33. Have you had enough time to discuss with your attorney any possible defenses you may have to these charges?  Yes (✓)  No ( )

34. Are you satisfied with the services of your attorney in this case?  Yes (✓)  No ( )

35. Is there anything you would like to say at this time about the services of your attorney?  Yes ( )  No (✓)

[Any statement that was made is on the record.]

36. Have you heard and understood all parts of this proceeding, and do you still wish to plead guilty?  Yes (✓)  No ( )

37. Do you have any questions or statements you would like to make at this time?  Yes ( )  No (✓)

[Any statement that was made is on the record.]

38. Counsel, have you reviewed each of the terms of the Plea Agreement with [the defendant], and are you satisfied that he (she) understands those terms?  Yes (✓)  No ( )

[Any statement that was made is on the record.]

5

ON ADVICE AND IN THE PRESENCE OF COUNSEL, THE DEFENDANT CONSENTS TO THE ACCEPTANCE OF HIS/HER GUILTY PLEA BY A MAGISTRATE JUDGE. BY SIGNING BELOW, THE DEFENDANT (AND COUNSEL) AFFIRM THAT THE ANSWERS GIVEN DURING THIS PROCEEDING ARE TRUE AND COMPLETE TO THE BEST OF THEIR KNOWLEDGE.

_____
Defendant's Signature

_____
Counsel's Signature

Based upon the representations and answers given by the defendant (and counsel) in this proceeding, the Court finds that the defendant's plea is knowingly and voluntarily made; and that the defendant understands the charges, potential penalties, and consequences of his (her) plea. The Court further finds that the defendant's plea is supported by an independent basis in fact containing each of the elements of the offenses to which the defendant is pleading. Based thereon, the defendant's plea is hereby accepted. In addition, I recommend that the district court accept the defendant's plea and enter judgment thereon. If you have any objection to my recommendation, you have 14 days to file such objections in writing with this Court. If you fail to object within that 14 day period, it will be deemed a waiver of any such objection.

SO ORDERED, this 30th day of January, 2025.

_____
United States Magistrate Judge

6